## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| NICK NEFF and MATTHEW McCREA individually and on behalf of similarly situated individuals, | Court File No. 5:15-cv-00254-gwc |
| Plaintiffs, | **DECLARATION OF CHARLES E. SCHAFFER** |
| v. | |
| FLOWERS FOODS, INC., LEPAGE BAKERIES, INC. and CK SALES CO., LLC, | |
| Defendants. | |

I, Charles E. Schaffer, declare as follows:

1.      I am a partner with the law firm of Levin Sedran & Berman. I have personal knowledge of the matters stated herein and if called upon, I could competently testify thereto. I am submitting this Declaration in support of Plaintiff's Motion for an Award of Attorney Fees and Expenses incurred by this firm related to the investigation, prosecution, and settlement of claims in the course of this litigation.  This firm's compensation for services rendered in this case was wholly contingent on the success of the litigation, and was totally at risk.

2.      I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I have never been the subject of any type of disciplinary proceeding.  I am admitted to practice before the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the United States District Court for the Eastern District of Pennsylvania; Western District of Pennsylvania; Middle District of Pennsylvania, Northern District of Illinois; Central District of Illinois; Northern District of New York; District of Colorado; and the Third Circuit Court of Appeals.

3.      I earned a J.D. from Widener University in 1995 and an LL.M. in Trial Advocacy from the University in 1998.  I was admitted to the Pennsylvania State Bar in 1995.

4.      Levin Sedran & Berman is one of the nation's preeminent and most experienced plaintiff class-action firms with extensive experience and expertise in consumer protection,

products liability, defective building product actions, antitrust and other complex class-action litigation. *US News and World Report Best Law Firms* ranked Levin Sedran & Berman, National First Tier for mass tort law firms. Levin Sedran & Berman's firm resume is attached as Exhibit A, and the firm has been recognized by its peers and Courts nationwide for its successful class-action leadership.

5.      As a result of its success representing consumers in complex litigation throughout the country, Levin Sedran & Berman has been distinguished as a Tier I class-action firm in the Best Law Firms rankings published in the U.S. News and World Report Best Law Firms. It also ranked Levin Sedran & Berman Tier I for personal injury and mass tort firms. Levin Sedran & Berman was also named to THE NATIONAL LAW JOURNAL's insurance list of America's Elite Trial Lawyers in 2014. Members of Levin Sedran are listed in the LEGAL 500, LAW DRAGON 500, Martindale Hubbell=s Directory of Preeminent Attorneys, as in theABest Lawyers In America. See generally, Levin Sedran & Berman firm resume attached as Exhibit A. Levin Sedran & Berman pioneered the use of class actions and mass actions in the United States and its work has resulted in numerous record-breaking recoveries over the past four decades. Just for example:

    a.   *In re: Asbestos School Litigation*, No. 83-0263 (E.D. Pa.) (Levin Sedran as member of Executive Committee and Lead Trial Counsel obtained a certification of a nationwide class and settlement on behalf of school districts);

    b.   *In re: Diet Drug Product Liability Litigation*, MDL No.: 1203 (E.D. Pa.) (Levin Sedran as Co-Lead Counsel obtained a $6.75 billion-dollar settlement on behalf of consumers who ingested Fen Phen);

    c.   *In re: The Exxon Valdez*, No. 89-00095 (D. Alaska) (Levin Sedran as a member of the Trial and Discovery Committee represented fishermen, native corporations, native villages, native claims and business claims in this mass tort. After a jury trial, Plaintiffs obtained a judgment of $5 billion in punitive damages - at the time the largest punitive damage verdict in U.S. history. Later reduced to $507.5 million by the U.S. Supreme Court);

    d.   *In re: Chinese-Manufactured Drywall Product Liability Litigation*, MDL No.: 2047 (E.D. La.) (Levin Sedran as Lead Counsel obtained inter-related settlements involving

various suppliers, builders, installers, insurers and manufacturers of Chinese drywall valued in excess of $1 billion);

e. *In re: The Vioxx Product Liability Litigation*, MDL No.: 1657 (E.D. La.) (As a member of the PSC and Plaintiffs= Negotiating Committee, Levin Sedran was instrumental in achieving a $4.85 billion-dollar settlement on behalf of consumers who ingested Vioxx);

f. *In re Air Cargo Shipping Servs. Antitrust Litig.,* MDL No. 1775 (E.D. N.Y.) (As Co-Lead counsel in the decade long air cargo antitrust litigation Levin Sedran obtained 28 inter-related settlements against air cargo service providers totaling $1.2 billion dollars);

g. *Galanti, et al. v. The Goodyear Tire and Rubber Co. ("Entran II"),* Civil Action No.: 03-209 (D.C. N.J.) (As a member of the Executive Committee Levin Sedran was instrumental in negotiating and achieving the creation of a common fund in the amount of $344,000,000); and

h. *In re: National Football League Players"Concussion Injury Litigation*, MDL No.: 2323 (E.D. Pa.) (As Subclass Counsel working along with Lead Counsel obtained an uncapped settlement valued in excess of $1 billion dollars on behalf of NFL football players).

6.    I have extensive experience leading and prosecuting class-action lawsuits in a wide variety of contexts with a substantial focus on consumer protection, products liability  and class actions involving wage and hour and independent contractor misclassifications such as this matter.  I have been appointed to leadership positions in MDLs by various different courts.  My leadership appointments include, inter alia,: *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873 (SC) (Plaintiffs' Steering Committee); *In re Apple Inc. Device Performance Litigation,* MDL 2827 (N.D.Ca.) (Plaintiffs' Executive Committee); *In re: Intel Corp. CPU Marketing Sales Practices and Products Liability Litigation*, MDL 2828 (D. Or.) (Plaintiffs' Steering Committee); *In re: Wells Fargo Insurance Marketing Sales Practices Litigation*, MDL No. 2797 (C.D.Ca.) (Plaintiffs' Executive Committee*); In re Hills Pet Nutrition, Inc., Dog Food Products Liability Litigation,* MDL No. 2887 (D.C. Ks.); *In re: JP Morgan Modification Litigation*, MDL No.: 2290 (D.C. Mass.) (Plaintiffs' Co-lead Counsel); *In re: IKO Roofing Products Liability Litigation*, MDL No.: 2104 (C.D. Ill.) (Plaintiffs' Co-lead

Counsel); *In re: HardiePlank Fiber Cement Siding Litigation*, MDL No.: 2359 (D.C. Minn.) (Plaintiffs' Executive Committee); *In re Navistar Diesel Engine Products Liability Litigation*, MDL No. 2223 (N.D. Ill.) (Plaintiffs' Executive Committee); *In re: Azek Decking Sales Practice Litigation,* Civil Action No.: 12-6627 (D. NJ) (Plaintiffs' Executive Committee); *In re: Pella Corporation Architect and Designer Series Windows Marketing Sales Practices and Product Liability Litigation*, MDL No.: 2514 (D.C. SC) (Plaintiffs' Executive Committee); *In re: Navistar Diesel Engine Products Liability Litigation*, MDL No.: 2223 (N.D. Ill.) (Plaintiffs' Steering Committee); *In re: CitiMortgage, Inc. Home Affordable Modification Program* ("HAMP"), MDL No.: 2274 (C.D. Ca.) (Plaintiffs' Executive Committee); *In re: Carrier IQ Consumer Privacy Litigation*, MDL No.: 2330 (N.D. Ca.) (Plaintiffs' Executive Committee); *In re: Dial Complete Marketing and Sales Practices Litigation*, MDL No.: 2263 (D. NH) (Plaintiffs' Executive Committee); *In re: Emerson Electric Co. Wet/Dry Vac Marketing and Sales Litigation*, MDL NO. 2382 (E.D. Miss.) (Plaintiffs' Executive Committee); *In re: Colgate-Palmolive Soft Soap Antibacterial Hand Soap Marketing and Sales Practice Litigation*, (D. NH) (Plaintiffs' Executive Committee) and *Gold v. Lumber Liquidators, Inc*., No.3:14-cv-05373-TEH (N.D.Ca.) (Plaintiffs' Executive Committee). Mr. Schaffer has also served in leadership positions in class actions which were not consolidated in an MDL. See Exhibit A. In addition, he has served as member of litigation teams where Levin Sedran was appointed to leadership positions in, inter alia. In re Chinese-Manufactured Drywall Product Liability Litigation, MDL No. 2047 (E.D. La.); In re Vioxx Products Liability Litigation, MDL No. 1657 (E.D. La.); In re Orthopedic Bone Screw Products Liability Litigation, MDL No. 1014 (E.D. Pa.); and In re Diet Drug Litigation, MDL No. 1203 (E.D. Pa.).

7.      Michael MacBride worked on this matter for the law firm of Levin Sedran & Berman at the direction of Charles E. Schaffer. Mr. MacBride earned is J.D. from the University of Georgia School of Law in May of 2015 where he was the Editor in Chief of the Educational Law & Policy Review. After graduation from law school Mr. MacBride received a public interest grant through the University Of Georgia School Of Law to work as a Judicial Fellow in

the Philadelphia Court of Common Pleas. Mr. MacBride worked as a judicial fellow/law clerk until he started working as an attorney for Levin Sedran & Berman in October of 2015. Mr. MacBride passed the Pennsylvania bar examination in February 2016. As an attorney at Levin Sedran & Berman Mr. MacBride worked on class actions involving wage and hour and independent contractor misclassifications such as this matter, consumer protection, products liability and other complex class action litigation with partners Arnold Levin, Fred Longer, Daniel Levin, Charles E. Schaffer as well as with other attorneys. Some of the notable cases Mr. MacBride worked on are as follows: *In re: Chinese-Manufactured Drywall Product Liability Litigation*, MDL No.: 2047 (E.D. La.); *In re: National Football League Players'Concussion Injury Litigation*, MDL No.: 2323 (E.D. Pa.); *In re HardiePlank Fiber Cement Siding Litigation*, MDL No. 2359 (D.C. Minn.); *In re Azek Decking Sales Practices Litigation, Civil Action*, No. 12-6627 (KM)(MCA)(D. NJ) ; *In re Pella Corporation Architect and Designer Series Windows Marketing Sales Practices and Product Liability Litigation*, MDL No. 2514 (D.C. SC); and *In re Emerson Electric Co. Wet/Dry Vac Marketing and Sales Litigation*, MDL No. 2382 (E.D. Miss.) , *Leach v. Honeywell International, Inc*, Case 1:14-cv-12245-LTS (D.C. Mass.), and *Pollard v. Remington Arms Company, LLC,* Case No. 4:13-cv-00086-ODS (W.D. M.O.).

8.     The Levin Sedran and Berman hourly rates for whom time is submitted are as follows: Charles Schaeffer (partner) $975 and Michael MacBride (attorney) $475. The rates listed above are my firm's current published billing rates, except for ordinary document review time, which, by agreement of Class Counsel, was capped at $350 per hour. My firm has submitted these rates to courts throughout the country in other contingent litigation. The rates charged by my firm are comparable to rates charged by class action counsel in similar cases.

9.     The hourly rates of Levin Sedran & Berman are appropriate for complex, nationwide litigation. Levin Sedran & Berman is a well-respected leader in the fields of consumer protection, employment, product liability, antitrust, securities, financial, commercial and other complex class-action litigation.

10.     The Levin Sedran & Berman rates, which were used for purposes of calculating the lodestar here, are based on prevailing rates for national class-action work, and have been approved by multiple courts across the country.  For instance, Levin Sedran & Berman's and Charles E. Schaffer's rates were approved by courts in the following cases: *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. La. 2011); *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D. La); *In re: CertainTeed Roofing Shingle Products Liability Litig.,* No. 07-MDL-1817 (E.D. Pa. 2010); *Davis v. SOH Distribution Company, Inc.*, Civil Action No. 09-CV-237 (M.D. Pa. 2010); *In re Wellbutrin SR Antitrust Litigation,* Civil Action No. 04-5525 (E.D. Pa. 2011);*Gwaizdowski v. County of Chester,* Civil Action No. 08-CV-4463 (E.D. Pa. 2012); *Meneghin v. The Exxon Mobile Corporation, et al.*, Civil Action No. OCN-002697-07 (Superior Court, Ocean County, NJ 2012); *Melillo, et al. v. Building Products of Canada Corp.,* Civil Action No. 1:12-CV-00016-JGM (D. Vt. Dec. 2012) ; *Vought, et al., v. Bank of America, et al.,* Civil Action No. 10-CV-2052 (C.D. Il. 2013); *Eliason, et al. v. Gentek Building Products, Inc., et al.*, No. 10-2093 (N.D. OH. 2013;  and  *In re: Navistar Diesel Engine Products Liability Litigation*, MDL No. 2223 (N.D. IL. 2013).

11.     Numerous courts have recently approved significant fee awards for Levin, Sedran & Berman and Charles E. Schaffer, based on their customary hourly rate.  Seven recent decisions are: *Smith  v. Volkswagen Group of America, Inc*., 13-cv-370 (S.D. Ill. 2014); *In re: CertainTeed Fiber Cement Siding Litigation*, MDL No. 2270 (E.D. PA. 2014); *In re: JP Morgan Chase Mortgage Modification Litigation*, No. 11-md-2290 (D.C. Mass. 2014); *United Desert Charities, et al v. Sloan Valve Company*, et al, No. 12-6878 (C.D.Cal.2014); *Gulbankian, et al. v. MW Manufacturers, Inc*., 10-10392 (D.C. Mass.); *Pollard v. Remington Arms Company, LLC,* Case No. 4:13-cv-00086-ODS (W.D. M.O. 2017) and *Leach v. Honeywell International, Inc*, Case 1:14-cv-12245-LTS (D.C. Mass.).  In *In re: CertainTeed Fiber Cement Siding Litigation*, the United States District Court for the Eastern District of Pennsylvania, approved the entire requested fee of $18.5 million dollars, including the 2014 rates of Charles E. Schaffer ($950.00).  More recently, in *Pollard v. Remington Arms Company*, the United States District Court for the Western District

of Missouri approved the entire requested fee of $12.5 million dollars, including the 2017 rates of Charles E. Schaffer ($975.00), and Sammi McCurtain (document reviewer) ($450.00), and in *Leach v. Honeywell International, Inc.*, the United States District Court for the District of Massachusetts approved the entire requested fee award of $1.15 million dollars, including the 2017 rates of Charles E. Schaffer ($975.00) and Michael MacBride (attorney) ($475.00, in *In Re IKO Roofing Shingle Products Liability Litigation*, the United States District Court for the Central District of Illinois approved the entire requested fee award of $7.5 million dollars, including the 2019 rates of Charles E. Schaffer ($975.00) and Michael MacBride (attorney) ($475); and in *Newman, et. el. V. Metropolitan Life Insurance Company*, Case No. 1:11-cv-03530 (N.D. Ill. 2019), the United States District Court for the Northern District of Illinois approved the entire requested fee award of $5 million dollars, including the 2019 rates of Charles E. Schaffer ($975.00).

12.    I reviewed the time records of Levin Sedran & Berman to remove and reduce time that could be considered duplicative, excessive, administrative, vague, or otherwise unnecessary. My firm's task-based, itemized statement of attorneys' fees are available for review by the Court upon request. I approve the time submitted in support of this attorney fee petition and believe the time was reasonable and necessary under the circumstances of this litigation.

13.    The requested fee award does not include all of the continuing time that is and will be incurred by Plaintiffs' Counsel in connection with the current motion, settlement administration and the motion for final approval of the Settlement Agreement. The time over the next several months to complete the claims administration and settlement process will likely be significant. The omission of this time from the fee application is a further effort to ensure the reasonableness of Plaintiff's Counsel's fee request.

14.    The total number of hours spent on this litigation by my firm is 432.53.

15.    The total lodestar amount for attorney/professional time based on my firm's usual and customary rates is $225,685.75.

16.    Levin, Fishbein & Berman's work on this case was performed on a wholly contingent basis.  Levin, Fishbein & Berman's has not received any amounts in connection with this case.

17.    A breakdown of my firm's audited lodestar by attorney is as follows:

| Name | Hours | Rate | Lodestar Total |
|------|-------|------|----------------|
| Charles E. Schaffer (Partner) | 107.50 | $975 | $104,812.50 |
| Keith Verrier (Attorney) | 27.6 | $850 | $23,460.00 |
| Michael MacBride (Attorney) | 78.10 | $475 | $37,097.50 |
| Heidi (Sammi) McCurtain (Document Reviewer) | 219.33 | $275 | $60,315.75 |
| **TOTALS** | **432.53** | | **$225,685.75** |

18.    The figures and amounts reflected in the foregoing paragraph are derived from contemporaneous time records that are inputted into a computerized billing system maintained by my firm.  My firm's task-based, itemized statement of attorneys' fees is available for the Court's review upon request.

19.    During the course of this litigation, my firm paid money into a litigation fund, which was used to pay common litigation costs incurred for the overall prosecution of this case. *See* Declaration of Susan E. Ellingstad at ¶ 17, which contains a summary of expenses paid out of the litigation fund.

20.    In addition to the money paid into the litigation fund for common expenses, my firm also incurred a total of $1,600.10 in expenses for the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|------------------|-------|
| Court Fee | $275.00 |
| Postage/Federal Express | $65.31 |
| Computer Legal Research | $134.65 |
| Telephone/Fax Expenses | $10.19 |
| Copying/Printing Expenses | $55.30 |
| Travel/Parking | $1,059.65 |
| **TOTAL** | **$1,600.10** |

21.    My firm's expense records and backup documentation are available for the Court's review upon request.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 13th day of July 2020.

s/ Charles E. Schaffer
Charles E. Schaffer