# EXHIBIT A

# BaillonThome Jozwiak & Wanta LLP

The Minneapolis law firm of Baillon Thome Jozwiak & Wanta LLP was established in 2011. Baillon Thome Jozwiak & Wanta LLP practices exclusively in plaintiffs' side complex consumer and employment litigation. The firm maintains a national class action practice with a focus on consumer and employment law. The federal district court in *In re Life Time Fitness, Inc.* praised the firm's class work for having "expended substantial time and effort in the able prosecution" of the lawsuit, resulting in a good faith settlement that provided a "fair, reasonable, adequate[,] and certain result" for class members. A summary of the firm's leadership follows.

(a) **Shawn J. Wanta**, a founding partner of the firm, leads the firm's class and collective action practice. He is admitted to practice in all courts for the State of Minnesota as well as the United States District Court for the Districts of Minnesota, Northern District of Illinois, Central District of Illinois, United States Court of Appeals for the First, Second, Third, Fourth, and Eighth Circuits. Mr. Wanta has served in the following court-appointed leadership capacities: Lead Plaintiffs' Counsel for *In re Life Time Fitness, Inc. Telephone Consumer Protection Act Litigation*, MDL 2564 (D. Minn.); Class Counsel in *Rehberg, et al. v. Flowers Foods Inc., et al.*, 12-cv-00596-MOC-DSC (W.D.N.C.); *Carr et al. v. Flowers Foods, Inc. et al.*, No. 2:15-cv-06391-LS (E.D. Penn.); *Noll et al. v. Flowers Foods, Inc. et al.*, No. 1:15-cv-00493-JAW (D. Me.); *Neff et al. v. Flowers Foods, Inc. et al.*, No. 5:15-cv-00254-GWC (D. Vt.); *Rosinbaum, et al v. Flowers Foods, Inc., et al.*, No. 7:16-cv-00233-FL (E.D.N.C.); *Coyle v. Flowers Foods Incorporated, et al.*, 2:15-cv-01372-PHX-DLR (D. Ariz.); *Smelser v. Martin's Famous Pastry Shoppe, Inc.,* 17-cv-01813-MPS (D. Conn.); *Johnson, et al. v. Thompson Reuters*, 18-cv-00070-PJS-HB (D. Minn.); *Dennings v. Clearwire Corporation*, C10-1859-JLR (D. Wash.); *Ketty v. Parkinson's Specialty Care, LLC*, 14-cv-04849, (D. Minn.);*Yarbrough v. Martin's Famous Pastry Shoppe, Inc.*, 11-cv-02144 (M.D. Pa.); *Low v. San Diego Union Tribune*, 11-cv-01090 (S.D. Ca.); *Chavez v. West Side Comm. Healthcare Svcs., Inc.* 14-cv-00207 (D. Minn.); *Gulbankian, et al. v. MW Manufacturers, Inc.*, 10-cv-10392 (D. Mass.); *Hartshorn, et al. v. MW Manufacturers, Inc.*, 2012-cv-30122 (D. Mass.); and *Harrison v. Legal Helpers Debt Resolution, LLC, et al.*, 12-cv-02145 (D. Minn.); Executive Committee Member and Co-Chair of the Discovery Committee in *In re HardiePlank Fiber Cement Siding Litigation*, MDL No. 2359 (D. Minn); and Executive Committee Member for *Wright, et al. v. Owens Corning*, 09-cv-01567 (W.D. Pa.).

Mr. Wanta was named a Rising Star in Class Actions/Mass Torts by *Super Lawyers* in 2012–2021 and selected to Minnesota Monthly's 2021 "Best Lawyers" for consumer law. He is the

past Secretary/Treasurer for the Employee Lawyers Association of the Upper Midwest and a current member of the National Employment Lawyers Association (NELA), the Minnesota State Bar Association (MSBA), the Minnesota Chapter of the Federal Bar Association (FBA), and the National Association of Consumer Advocates (NACA).

(b) **Christopher D. Jozwiak**, a founding partner of the firm, graduated from Macalester College, B.A. *cum laude* in 2004, and the University of Minnesota Law School, J.D. *cum laude*, in 2008. He was Executive Editor of the University of Minnesota Law School's *Journal of Law and Inequality.* He is licensed to practice in all courts for the State of Minnesota and the United States District Court for the District of Minnesota. He is a member of the National Employment Lawyers Association (NELA), the Minnesota State Bar Association (MSBA), the Minnesota Chapter of the Federal Bar Association (FBA). He is the chair of the Minnesota State Bar Association's Labor & Employment Law Specialist Certification Board and is the past chair of the Labor & Employment Law Section Governing Council. Mr. Jozwiak has been named to the lists of Minnesota *Super Lawyers* and *Best Lawyers in America*. He participated significantly in the prosecution of the following class cases: *In re Life Time Fitness, Inc. Telephone Consumer Protection Act Litigation*, MDL 2564 (D. Minn); Class Counsel in *Rehberg, et al. v. Flowers Foods Inc., et al.*, 12-cv-00596-MOC-DSC (W.D.N.C.); *Carr et al. v. Flowers Foods, Inc. et al.*, No. 2:15-cv-06391-LS (E.D. Penn.); *Noll et al. v. Flowers Foods, Inc. et al.*, No. 1:15-cv-00493-JAW (D. Me.); *Neff et al. v. Flowers Foods, Inc. et al.*, No. 5:15-cv-00254-GWC (D. Vt.); *Rosinbaum, et al v. Flowers Foods, Inc., et al.*, No. 7:16-cv-00233-FL (E.D.N.C.); *Coyle v. Flowers Foods Incorporated, et al.*, 2:15-cv-01372-PHX-DLR (D. Ariz.); *Davis, et al. v. SOH Distribution Co.*, 09-cv-237 (M.D. Pa.); *Taylor, et al. v. Corporate Transit of America*, 09-05709 (N.D. Ill.); *Egtedt, et al. v. West Publishing Corp.*, 19HA-CV-09-1660 (Dakota County, Minn.). Mr. Jozwiak published *Lofton v. Secretary of the Department of Children and Family Services*: Florida's Gay Adoption Ban Under Irrational Equal Protection Analysis, 23 J. LAW AND INEQ. 407 (2005) and regularly presents seminars on employment discrimination and retaliation laws.

(c) **Frances E. Baillon,** a founding partner of the firm, leads the firm's appellate advocacy practice. She is admitted to practice in all courts for the State of Minnesota (1998), The United States District Court for the District of Minnesota (1999), and the United States Court of Appeals for the Eighth Circuit (2000). Ms. Baillon has argued numerous cases before the appellate courts. *See, e.g. Bahr v. Capella University,* 788 N.W.2d 76 (2010)*; Frieler v. Carlson Marketing Group*, 751 N.W.2d 558 (Minn. 2008) (establishing the standard for vicarious liability for an employer when a supervisor sexually harasses an employee); *Hayes v. Dapper*, 2008 WL 4301018, No. A07-1878 (Minn. Ct. App. 2008) (clarifying that a report need not be formal to

constitute protective conduct in a whistleblower claim). Ms. Baillon is President of the Minnesota Chapter of the National Employment Lawyers Association, a member of the Minnesota State Bar Association's Civil Jury Instruction Committee on Employment Law and has published articles in the Fordham Urban Law Journal, American Trial Lawyers Association, and the Minnesota Trial Lawyers Association Employment Law Handbook. She has been recognized as one of Minnesota's Top 100 *Super Lawyers*, Top 50 Women *Super Lawyers* and was named to the *Best Lawyer in America* list in 2017 and 2018. Ms. Baillon's class action litigation experience includes: *In re: CertainTeed Corporation Roofing Shingles Products Liability Litigation*, MDL 1817 (E.D. Pa.); *In re Metris Securities Litigation*, 428 F.Supp.2d 1004 (D. Minn. 2006); *Lorix v. Crompton Corp.*, 720 N.W.2d 15 (Minn. Ct. App. 2006). Ms. Baillon serves as the court-appointed Co-Chair of the Plaintiffs' Law and Briefing Committee in *In re HardiePlank Fiber Cement Siding Litigation*, MDL No. 2359 (D. Minn.). She is a member of the Federal Bar Association, National Employment Lawyers Association, Minnesota State Bar Association.

    (d) **Scott Moriarity**, a partner of the firm, graduated from William Mitchell College of Law *cum laude* in 2002 and served as an articles editor on the William Mitchell Law Review. He specializes in complex employment and class action litigation and has practiced in federal courts throughout the United States. In addition to state and federal courts in Minnesota, Mr. Moriarity is admitted to practice in the United States Courts of Appeals in the First, Sixth, and Seventh Circuits and in the Central District of Illinois. He has chaired or led briefing teams in numerous complex class action lawsuits including *Nagel v. United Food & Commercial Workers Union, Local 653*, No. 0:18-cv-01053 (D. Minn.); *Carr et al. v. Flowers Foods, Inc. et al.*, No. 2:15-cv-06391-LS (E.D. Penn.); *Noll et al. v. Flowers Foods, Inc. et al.*, No. 1:15-cv-00493-JAW (D. Me.); *Neff et al. v. Flowers Foods, Inc. et al.*, No. 5:15-cv-00254-GWC (D. Vt.); *Rosinbaum et al. v. Flowers Foods, Inc. et al.*, No. 7:16-cv-00233-FL (E.D.N.C.); *In re HardiePlank Fiber Cement Siding Litigation*, MDL No. 2359 (D. Minn); *In re IKO Roofing Shingles Products Liability Litigation*, MDL 2104 (C.D. Ill.); *Pagliaroni v. Mastic Home Exteriors, et al.*, No. 12-cv-10164 (D. Mass.); *Holbrook v. Louisiana-Pacific Corp.*, No. 3:12-cv-484 (N.D. Ohio). Mr. Moriarity is a member of the Federal Bar Association and the Minnesota State Bar Association.