UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| NICK NEFF and MATTHEW McCREA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FLOWERS FOODS, INC., CK SALES ) <br> CO., INC. and LePAGE BAKERIES PARK ) <br> STREET, LLC, ) <br> ) <br> Defendants. ) | Case No. 5:15-cv-254 |

**ORDER REQUESTING STIPULATED PROPOSED JUDGMENT ORDER**

The court requests that the parties confer and submit a proposed form of final judgment documenting the dismissal of this action through settlement. The court would appreciate guidance from the parties about including information about which employees are included and which are excluded from the class recovery.

Dated at Burlington, in the District of Vermont, this 26th day of October, 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court